STATE EX REL. WINN v. W. E. WICHGAR, AUD.

MEMBER OF MUNICIPAL BOARD OF HEALTH NOT ELIGIBLE TO OFFICE OF DISTRICT PHYSICIAN.

A member of a municipal board of health is an officer of the municipality, and as such ineligible to the office of district physician during his term and for one year thereafter, and he cannot therefore recover for services rendered in such capacity.

**W. R. Collins,** for plaintiff:

Construction of Lan. R. L. 10668 (R. S. 6976); *Ash* v. *Ash,* 9 Ohio St. 383; *Tyler* v. *Winslow,* 15 Ohio St. 364; *Hamilton* v. *Steamboat Hamilton,* 16 Ohio St. 428; *Stannard* v. *Case,* 40 Ohio St. 211; *State* v.

Hamilton County.

*Shelby Co. (Comrs.)* 36 Ohio St. 326; *Allen* v. *Russell,* 39 Ohio St. 336; *State* v. *Darke Co. (Aud.)* 43 O. S. 311 [1 N. E. Rep. 209]; *State* v. *Stockley,* 45 Ohio St. 304 [13 N. E. Rep. 279]; *State ex rel. Fleim, as Mayor of Cumminsville,* Peck's Code, p. 31; *State* v. *Funk,* 8 Circ. Dec. 782 (16 R. 155); *Findlay* v. *Parker,* 9 Circ. Dec. 710 (17 R. 294); *State* v. *Jennings,* 57 Ohio St. 415 [49 N. E. Rep. 404; 63 Am. St. Rep. ⁷⁰3]; *State* v. *Anderson,* 57 Ohio St. 429 [49 N. E. Rep. 406].

An ordinance or resolution of a general or permanent nature is defined in the following cases: *Campbell* v. *Cincinnati,* 49 Ohio St. 463 [31 N. E. Rep. 606]; *Elyria Gas & Water Co.* v. *Elyria,* 57 Ohio St. 374 [49 N. E. Rep. 335]; Coppock's Code, p. 80; *Thatcher* v. *Toledo,* 10 Circ. Dec. 272 (19 R. 311); *Upington* v. *Oviatt,* 24 Ohio St. 232; *Cincinnati* v. *Bickett,* 26 Ohio St. 49; *Guernsey Co. (Comrs.)* v. *Cambridge,* 3 Circ. Dec. 669 (7 R. 72); *Kerlin Bros. Co.* v. *Toledo,* 11 Circ. Dec. 56 (20 R. 603).

**O. G. Bailey,** for defendant.

**PER CURIAM.**

A member of the board of health of a municipal corporation is an officer of such corporation, and under Lan. R. L. 10668 (R. S. 6976), to the appointment of district physician by such board during the term for which he was appointed or for one year thereafter, and although rendering services as such physician cannot recover compensation therefor.

Judgment affirmed.